UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOHN ANGELO, and
GLENN PHILLIP FRANKLIN,

    Defendants.
_____/

Case No: 4:20-CR-20599
Hon. Mathew F. Leitman

### Verdict Form

Count One:

As to the charge that John Angelo conspired to commit wire fraud, we, the jury, unanimously find the defendant:

    _____ Not guilty.          __✓__ Guilty.

As to the charge that Glenn Phillip Franklin conspired to commit wire fraud, we, the jury, unanimously find the defendant:

    _____ Not guilty.          __✓__ Guilty.

Dated: __11/1__, 2023

s/Jury Foreperson

**In compliance with the Privacy Policy adopted by the Judicial Conference, the verdict form with the original signature has been filed under seal.**

Signature