UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

                 Plaintiff,

v.                                                    Case No. 4:20−cr−20599−MFL−CI
                                                      Hon. Matthew F. Leitman

John Angelo, et al.,

                 Defendant(s),

## NOTICE OF MOTION HEARING

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

NOTICE of IN PERSON hearing on [533] MOTION for Judgment of Acquittal , [535] MOTION for New Trial , [537] MOTION for Judgment of Acquittal *(Corrected Record Citations ECF/Pg IDs only)*, [538] MOTION for New Trial < i>(Corrected Record Citations ECF/Pg IDs only) as to John Angelo, Glenn Phillip Franklin, III. **Motion Hearing set for 7/11/2024 at 9:30 AM before District Judge Matthew F. Leitman.** (HRya)

All of the aforementioned Defendants are required to appear at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Detroit, Michigan.  Please report to Room 207.

### Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                         By: s/Holly A Ryan
                                                              Case Manager

Dated:  April 16, 2024